# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>Joseph R. Coppola )<br>)<br>Defendant, ) | CR-S- 04-0277-KJD(RJJ)<br><br>Date: February 18, 2005<br><br>MINUTES OF THE COURT - SENTENCING<br><br>Time: 9:00 a.m. - 9:30 a.m. |

PRESENT:

THE HONORABLE   KENT J. DAWSON,   United States District Judge

| Peggie Vannozzi | Felicia Zabin | |
|---|---|---|
| Deputy Clerk | Court Recorder/Reporter | interpreter |
| Darin LaHood | Joseph Coppola in pro se; Todd Leaventhal | Eric Christiansen |
| Assistant U.S. Attorney | Defense Counsel _x_ Apt. __ Rtnd. __AFPD | Probation Officer |

Defendant is   x   present.    x   In Custody  ____ On Summons   ____ On Bond   $PR

IN COURT PROCEEDINGS:   Sentencing pursuant to a verdict of guilty to Counts 1, 2, and 3 of the superseding indictment

____ Sentence is imposed.   ____ Probation is granted.   ____ Fine is imposed.   ____ Assessment (18 USC §3013)

____ Restitution ordered (SEE JUDGMENT)

____ Defendant is advised of his/her right to take an appeal.

____ On the motion of government counsel, and there being no objection, the Court ORDERS the following dismissed as to this defendant: _____

____ Defendant is granted a stay of execution of his/her sentence. Defendant's bond is ORDERED exonerated at or after the date fixed for surrender. (SEE JUDGMENT)

x   The defendant is remanded to custody.

____ The defendant's bond is ORDERED exonerated.

____ The Final Order of Forfeiture was approved and signed in open court.

x   Other:   sentencing is continued to March 25, 2005 at 9:00 a.m.

*Mr. Leaventhal's oral motion to withdraw as counsel is granted. He is relieved of duty as "stand-by" counsel.*

LANCE S. WILSON, Clerk
United States District Court

*Peggie Vannozzi*
Deputy Clerk

F:\MINUTES\m-o sentencing - DJ.wpd